IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01054-EWN-MEH

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 18, 2006.**

    To promote the most efficient and effective use of time and resources in this matter, the Motion to Vacate and Reset Settlement Conference and Preliminary Pretrial Conference [<u>Filed October 18, 2006; Docket #16</u>] is **granted**.[1]

    The Preliminary Pretrial Conference and Settlement Conference scheduled for October 27, 2006, at 10:00 a.m., has been **rescheduled** to December 11, 2006, at 10:00 a.m.  Due to a proposed, but as yet unscheduled, relocation of the Chambers for Magistrate Judge Hegarty, the parties are directed to contact Chambers at 303-844-4507 prior to the conference to find out the exact physical location of where this conference will be held.  The conference will be held either in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, or in new chambers space which will be in the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

**Preliminary Pretrial Conference**:

    The parties shall submit their proposed Preliminary Pretrial Order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than five (5) business days**

---

[1] The Court's ruling on the previously filed Motion for Extension of Time to Designate Experts (Docket #19) had been issued from Chambers to the Docketing Division of the Clerk's office prior to the electronic filing of the instant motion.  However, the Minute Order was not filed by the Clerk's office into the record until after Defendant's current motion had been filed. Accordingly, nothing contained within this current motion, or the response thereto, was considered in the Court's previous ruling.

prior to the conference.  The proposed Preliminary Pretrial Order to be submitted to the Magistrate Judge under the ECF Procedures  must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be e:mailed to the Magistrate Judge at Hegarty_Chambers@cod.uscourts.gov.

The parties shall prepare the proposed Preliminary Pretrial Order in accordance with the form which can be found in the forms section of the court's website at www.co.uscourts.gov.

**Settlement Conference**:

In connection with the settlement conference scheduled in this matter, counsel shall have parties present who shall have full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency.  If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."

No person is ever required to settle a case on any particular terms or amounts.  However, if any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorney's fees and costs for the other side.

In order that productive settlement discussions can be held, counsel shall prepare and submit **two** settlement documents: one to be submitted to the other party or parties, and the other to be submitted by e:mail only to the Magistrate Judge.  The documents which are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which support that side's claims and shall present a demand or offer. These documents should be intended to persuade the clients and counsel on the other side.

The document to be e:mailed to the Magistrate Judge (not submitted for filing to the court) at Hegarty_Chambers@cod.uscourts.gov, in accordance with the electronic filing procedures of this court, shall contain copies of the above materials, but additionally shall contain any confidential comments which counsel wishes to make, any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the magistrate in assisting the parties to negotiate a settlement.  The settlement documents shall be submitted **no later than five business days** prior to the date of the settlement conference, and shall be submitted in a usable format (i.e., Word or WordPerfect).

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.