IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01054-EWN-MEH

EDWARD K. QUICK,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 5, 2006.**

Based upon the denial of Defendant's Motion to Consolidate, it is hereby ORDERED as follows:

1. Frontier Airlines' Motion for Protective Order [Filed November 8, 2006; Docket #27] is **granted** in part and **denied** in part.  The depositions scheduled for November 8 and 9, 2006, shall be rescheduled as soon as is practicably possible, and in keeping with the January 2, 2007, discovery deadline in this case.

2. Plaintiff's Motion for Extension of Time to Designate Experts [Filed November 13, 2006; Docket #29] is **denied** as **moot**, based upon the motion filed at Docket #38.

3. Plaintiff's Motion for Extension of Time to Designate Experts to 11 December 2006 [Filed December 1, 2006; Docket #38] is **granted.**  The parties shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before December 11, 2006.  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before December 22, 2006.

4. The Joint Stipulated Motion to Vacate and Reset Settlement Conference and Preliminary Pretrial Conference and Request for Status Conference [Filed December 1, 2006; Docket #36] is **granted** as follows:

      a.      The Preliminary Pretrial Conference and Settlement Conference scheduled for December 11, 2006, beginning at 10:00 a.m., are hereby **converted to** a status conference.

      b.      A Preliminary Pretrial Conference and Settlement Conference shall be rescheduled during the status conference to be held on December 11, 2006. Counsel shall have their calendars available and be prepared to set these matters for a date certain.