IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.** 06-cv-01054-EWN-MEH        **FTR – Courtroom A601**
**Date:** March 19, 2007                                                Cathy Coomes, Courtroom Deputy

EDWARD K. QUICK,                                         Michael S. Krieger

        Plaintiff(s),

v.

FRONTIER AIRLINES, INC.;                              Brian M. Mumaugh
                                                                          Parker Dragovich
        Defendant(s).                            Gregory R. Clouser

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**    3:54 p.m.

Court calls case.

Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion for Protective Order (Doc. #71, filed 3/15/07).

**ORDERED:**  For reasons stated on the record, Plaintiff's Motion for Protective Order (Doc. #71, filed 3/15/07) is DENIED. Plaintiff shall make himself available for the continued deposition on a date and time to be agreed upon by counsel.

Discussion regarding the dispositive motion deadline.

**Court in recess:**    4:08 p.m.        (Hearing concluded)
Total time in court:    0:14