IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 06-cv-01054-EWN-MEH

Courtroom Deputy: Cathy Coomes

Date:   March 30, 2007

**FTR – Courtroom A601**

---

EDWARD K. QUICK,

Plaintiff(s);

vs.

FRONTIER AIRLINES, INC.;

Defendant(s).

Michael Krieger

Brian Mumaugh
Gregory Clouser

---

### COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC MOTION HEARING**

**Court in session:       9:05 a.m.**

Court calls case.  Appearance of counsel by telephone.

Mr. Mumaugh states that he has been unable to contact Mr. Krieger by telephone this morning.
The Court and Mr. Mumaugh discuss whether Mr. Krieger received the e-mail notice before
leaving his office yesterday.

Mr. Mumaugh is directed to contact the Court as soon as he is able to reach Mr. Krieger, and
then the Court will go forward with the hearing.

**Court in recess:       9:06 a.m.**

**Court in session:       11:14 a.m.**

Court calls case.  Appearances of counsel by telephone.  Mr. Krieger is now present by telephone.

Argument and discussion regarding Defendant's Motion for Protective Order regarding Military
Orders (Doc. #76, filed 3/28/07).

**ORDERED:**  The Court finds that the objections made by Mr. Krieger have been waived, due to the fact that there has been a previous agreement in connection with responding to discovery requests and production of these kinds of documents.   Defendant's Motion for Protective Order regarding Military Orders (Doc. #76, filed 3/28/07) is GRANTED in part and DENIED in part as follows:

1. The motion is GRANTED to the extent that Plaintiff will produce redacted Military Orders to Defendant that will eliminate information not requested within the discovery requests.

2. The motion is DENIED to the extent of the actual production of unredacted documents.

3. Plaintiff shall produce the redacted documents to Defendant by close of business on April 4, 2007.

Counsel for both parties are reminded that they are obligated to supplement responses to discovery requests when new information is generated.

**Court in recess:**     **11:24 a.m.  (Hearing concluded)**
**Total time in court:**  0:11