IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01054-EWN-MEH

EDWARD K. QUICK,

     Plaintiff,

v.

FRONTIER AIRLINES, INC.,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 8, 2007.**

     The Joint Motion for Leave to Take Deposition and for Extension of Time of Summary Judgment Reply Deadline [Filed June 7, 2007; Docket #96] is **granted in part** and **denied in part**. Leave is granted to depose Jimmy Hopkins on June 13, 2007.  Defendant's Reply brief is to be filed on or before June 15, 2007.  Although Defendants seeks additional time to consider the effect of Mr. Hopkins testimony on their Reply brief, courts ordinarily do not consider arguments raised for the first time in a Reply brief.  *See Stump v. Gates*, 211 F.3d 527, 533 (10th Cir. 2000).  The more appropriate method of submitting additional material, if necessary, is a motion to supplement, whereby both parties can address any new issues.